**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Jeremy Talcott, No. 311490; Christopher M. Kieser, No. 298486 <br> Pacific Legal Foundation <br> 1212 W. Amerige Ave. <br> Fullerton, California 92833-2709 <br><br> TELEPHONE NO.: (916) 419-7111  FAX NO. *(Optional)*: (916) 419-7747 <br> E-MAIL ADDRESS *(Optional)*: JTalcott@pacificlegal.org; CKieser@pacificlegal.org <br> ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. DISTRICT COURT, C.D. CALIFORNIA
STREET ADDRESS: 350 W. 1st Street, Suite 4311
MAILING ADDRESS: 350 W. 1st Street, Suite 4311
CITY AND ZIP CODE: Los Angeles 90012-4565
BRANCH NAME: Western Division

| PLAINTIFF/PETITIONER: DENNIS SEIDER, et al. <br> DEFENDANT/RESPONDENT: CITY OF MALIBU | CASE NUMBER: <br> 2:20-cv-08781 PA (MRWx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: Certification and Notice of Interested Parties; Notice of Assignment to United States Judge; Notice to Parties of Court-Directed ADR Program; Judge's Standing Order; Notice Mark Miller not filing pro hac

3. a. Party served *(specify name of party as shown on documents served)*:
      City of Malibu
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Heather Glaser, City Clerk

4. Address where the party was served:
   Malibu City Hall, 23825 Stuart Ranch Road, Malibu, CA 90265

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:   (2) at *(time)*:
   b. [ ] **by substituted service.** on *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

POS-010

| | |
|---|---|
| PLAINTIFF/PETITIONER: DENNIS SEIDER, et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: CITY OF MALIBU | 2:20-cv-08781 PA (MRWx) |

5. c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):* 10/2/2020   (2) from *(city):* Roseville, California

  (3) [x] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [x] On behalf of *(specify):* City of Malibu
      under the following Code of Civil Procedure section:

      [ ] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
      [x] 416.50 (public entity)            [ ] 415.46 (occupant)
                                            [ ] other:

7. **Person who served papers**
   a. Name: Tawnda Dyer
   b. Address: 930 G Street, Sacramento, California 95814
   c. Telephone number: (916) 419-7111
   d. **The fee** for service was: $ 0.00
   e. I am:
      (1) [x] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
          [ ] owner  [ ] employee  [ ] independent contractor.
          (ii) Registration No.:
          (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   **or**
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/22/2020

Tawnda Dyer
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        *(signature)*

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2

Jeremy Talcott, No. 311490
Christopher M. Kieser, No. 298486
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833-2709
(916) 419-7111

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust<br><br>PLAINTIFF(S)<br>v.<br>CITY OF MALIBU<br><br>DEFENDANT(S). | CASE NUMBER<br>2:20-cv-08781 PA (MRWx)<br><br>**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**<br>(For use with State Service only) |

To: Heather Glaser, City Clerk, City of Malibu

The summons and complaint served herewith are being served pursuant to Rule 4(j)(2)(B) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on October 2, 2020.

*Signature of Sender*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
(To be completed by recipient)

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at 23825 Stuart Ranch Road, Malibu, CA 90265 on October 22, 2020.

*Address* — *Date*

Heather Glaser, City Clerk
*Signature*
*Relationship to Entity/Authority to Receive Service of Process*

CV-21 (02/04)   NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT