BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
1230 ROSECRANS AVENUE, SUITE 110
MANHATTAN BEACH, CALIFORNIA 90266

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MALIBU,<br><br>Defendant. | Case No. 2-20-cv-08781 PA (MRWx)<br><br>**[PROPOSED] ORDER GRANTING CITY OF MALIBU'S MOTION TO DISMISS** |

**[PROPOSED] ORDER**

Defendant City of Malibu's Motion to Dismiss, filed pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, came on for hearing before this Court on January 4, 2021, at 1:30 p.m., in Courtroom 9A, the Honorable Percy Anderson presiding. Plaintiffs Dennis Seider and Leah Seider ("Plaintiffs") were represented by the Pacific Legal Foundation. Defendant City of Malibu ("City") was represented by Best Best & Krieger LLP.

The Court having read and considered all papers in support of, and in opposition to, the motion, HEREBY RULES AND ORDERS as follows:

1. City's request for judicial notice of the following public records is GRANTED:

    A. Section 2.1, Section 3.15, and Chapter 13 of the Malibu Local Coastal Program Local Implementation Plan;

    B. The City of Malibu Planning Department Uniform Application; and

    C. Section 17.68.070 of the Malibu Municipal Code.

2. City's Motion to Dismiss under Rule 12(b)(1) of the Federal Rules of Civil Procedure is GRANTED in its entirety on the following grounds:

    A. Plaintiffs' lack standing to bring their First, Second, Third, and Fourth Causes of Action under 42 U.S.C. § 1983, thereby depriving the Court of subject matter jurisdiction.

    B. Plaintiffs' Third and Fourth Causes of Action under 42 U.S.C. § 1983 are not ripe for judicial review.

    C. Plaintiff's lack standing to bring their Fifth Cause of Action under state law, and the Court declines to exercise supplemental jurisdiction over this claim pursuant to 28 U.S.C. § 1367(c)(1)[(c)(3)].

3. City's Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED in its entirety on the following grounds:

    A. Plaintiffs' First and Second Causes of Action fail to state a claim of municipal liability under 42 U.S.C. § 1983.

    B. Plaintiffs' Third Cause of Action under 42 U.S.C. § 1983 fails to allege a plausible violation of federal law under the unconstitutional conditions doctrine.

    C. Plaintiffs' Fourth Cause of Action under 42 U.S.C. § 1983 fails to allege a plausible violation of First Amendment rights.

4. Plaintiffs' Complaint and all causes of action therein are dismissed without leave to amend.

5. Plaintiffs take nothing by this action against City.

6. City is the prevailing party in this action and may recover reasonable costs as allowed by law.

**IT IS SO ORDERED.**

Dated:_____     _____
                                  Honorable Percy Anderson
                                  Judge of the United States District Court

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
1230 ROSECRANS AVENUE, SUITE 110
MANHATTAN BEACH, CALIFORNIA 90266

# PROOF OF SERVICE

I, Wendy Hoffman, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1230 Rosecrans Avenue, Suite 110, Manhattan Beach, California 90266.

On December 3, 2020, I electronically filed the attached document:

[PROPOSED] ORDER GRANTING CITY OF MALIBU'S MOTION TO DISMISS

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Jeremy Talcott<br>Pacific Legal Foundation<br>1212 W. Amerige Avenue<br>Fullerton, CA 92833-2709<br>Phone:  (916) 419-7111<br>Fax:      (916) 419-7747<br>Email:   jtalcott@pacificlegal.org | Christopher M. Kieser<br>930 G Street<br>Sacramento, CA 95814<br>Phone:  (916) 419-7111<br>Fax:      (916) 419-7747<br>Email:   ckieser@pacificlegal.org |
| Mark Miller<br>Pacific Legal Foundation<br>4440 PGA Boulevard, Suite 307<br>Palm Beach Gardens, FL 33410<br>Phone:  (561) 691-5000<br>Fax:      (916) 419-7747<br>Email:   mmiller@pacificlegal.org | Jamee Jordan Patterson<br>Departmentt Of Justice<br>PO Box 85266<br>San Diego, CA 92186-5266<br>Phone: (619) 738-9329<br>Fax: (619) 645-2271<br>*Courtesy copy via U.S. Mail* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2020, at Manhattan Beach, California.

/s/ Wendy Hoffman