JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER, et al., | CV 20-8781 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF MALIBU, | |
| Defendant. | |

Pursuant to the Court's March 1, 2021 Minute Order and March 15, 2021 Minute Order, it is now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiffs' claims are dismissed without prejudice;
2. Plaintiffs shall take nothing; and
3. Defendant shall recover from Plaintiffs its costs of suit.

DATED: March 15, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE