JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-8781 PA (MRWx) | Date | June 8, 2022 |
|---|---|---|---|
| Title | Dennis Seider et al. v. City of Malibu | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

    On June 1, 2022, the United States Court of Appeals for the Ninth Circuit issued a Memorandum Decision affirming in part, vacating in part, and remanding the action to this Court.  The Court administratively re-opens the action.  The Court will issue further orders once it receives the Mandate from the Ninth Circuit.

    IT IS SO ORDERED.