UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DENNIS J. SEIDER, as Trustee of the Seider Family Trust and LEAH SEIDER, as Trustee of the Seider Family Trust,

        Plaintiffs - Appellants,

v.

CITY OF MALIBU,

        Defendant - Appellee.

No. 21-55293

D.C. No. 2:20-cv-08781-PA-MRW
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered June 01, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7