UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-08781-SPG-MRW | Date | September 2, 2022 |
|---|---|---|---|
| Title | Dennis Seider et al v. City of Malibu | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS ) ORDER

In compliance with the mandate of the Ninth Circuit (ECF 37), the Court orders Plaintiff to join as a required defendant the California Coastal Commission or, if the Commission cannot be joined, join the individual Commissioners of the California Coastal Commission, on or before October 3, 2022.

IT IS SO ORDERED.

:

Initials of Preparer   PG