UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MALIBU,<br><br>Defendant. | No. 2:20-cv-08781-SPG-MRW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT [43]**<br><br>Place:  Courtroom 5C<br>Judge: Hon. Sherilyn Peace Garnett |

Plaintiffs' motion to amend complaint is hereby granted.

DATED: October 12, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1