UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MALIBU, JOHN AINSWORTH, in his official capacity as Executive Director of the California Coastal Commission, and DONNE BROWNSEY, in her official capacity as Chair of the California Coastal Commission, CARYL HART, in her official capacity as Vice-Chair of the California Coastal Commission, DAYNA BOCHCO, in her official capacity as commissioner of the California Coastal Commission, EFFIE TURNBULL-SANDERS, in her official capacity as commissioner of the California Coastal Commission, SARA AMINZADEH, in her official capacity as commissioner of the California Coastal Commission, LINDA ESCALANTE, in her official capacity as commissioner of the California Coastal Commission, MIKE WILSON, in his official capacity as commissioner of the California Coastal Commission, CATHERINE RICE, in her official capacity as commissioner of the California Coastal Commission, STEVE PADILLA, in his official capacity as commissioner of the California Coastal | Case No. 2:20-cv-08781-SPG-MRW<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO FIRST AMENDED COMPLAINT [ECF NO. # 45]**<br><br>Courtroom 5C<br>Hon. Sherilyn Peace Garnett |

1 | Commission,
2 |                    Defendants.

On December 16, 2022, the Parties filed a stipulation to extend the time for all defendants to respond to the First Amended Complaint to January 17, 2023.

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

The time for defendants to file a response to the First Amended Complaint shall be January 17, 2023.  Should defendants file a motion in response to the First Amended Complaint, defendants shall file any required answer to the First Amended Complaint within 14 days of the Court's ruling on such motion.

IT IS SO ORDERED.

Dated: December 19, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE