UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-08781-SPG-MRW | Date | April 26, 2023 |
| Title | Dennis Seider et al v. City of Malibu | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Laura Elias |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Jeremy Talcott<br>Christophre Kieser | Nicholas Pyle – remote appearance<br>Jennifer Rosenfeld |

**Proceeding:** COASTAL COMMISSION DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT [79]

CITY OF MALIBU'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [82]

Case called, and counsel make their appearance. Arguments by counsel are heard. For reasons stated on the record, the Court takes the matter under submission. An order to issue.

: 33

Initials of Preparer   PG