IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF MALIBU, et al.,**<br><br>Defendants. | 2:20-cv-08781-SPG-MRW<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOLLOWING DENIAL OF MOTION TO DISMISS**<br><br>Judge: The Honorable Sherilyn Peace Garnett<br>Trial Date: None set<br>Action Filed: 9/24/2020 |

On May 2, 2023, the Court denied the motion to dismiss brought by defendants the Executive Director and Commissioners of the California Coastal Commission (collectively, "California Coastal Commission Defendants") in this action by Plaintiffs Dennis Seider and Leah Seider, as trustees of the Seider Family Trust ("Plaintiffs") (ECF. No. 90).

///

///

///

1

1  The Court, having considered the Parties' stipulation and finding good cause
2  therefor, hereby GRANTS the Stipulation and ORDERS as follows:
3  The time for the California Coastal Commission Defendants to file a
4  response to the First Amended Complaint is extended to June 2, 2023.

**IT IS SO ORDERED.**

Dated: May 17, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT