JEREMY TALCOTT, No. 31149
Email: jtalcott@pacificlegal.org
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833-2709
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

CHRISTOPHER M. KIESER, No. 298486
Email: ckieser@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MALIBU, JOHN AINSWORTH, in his official capacity as Executive Director of the California Coastal Commission, DONNE BROWNSEY, in her official capacity as Chair of the California Coastal Commission, CARYL HART, in her official capacity as Vice-Chair of the California Coastal Commission, DAYNA BOCHCO, in her official capacity as Commissioner of the California Coastal Commission, EFFIE TURNBULL-SANDERS, in her official capacity as Commissioner of the California Coastal Commission, SARA AMINZADEH, in her official capacity as Commissioner of the California Coastal Commission, LINDA ESCALANTE, in her official capacity as Commissioner of the California Coastal Commission, MIKE WILSON, in his official capacity as Commissioner of the California Coastal Commission, | No. 2:20-cv-08781-SPG-MRW<br><br>**STIPULATION FOR A TEMPORARY STAY OF THE CASE**<br><br>Courtroom 5C<br>Hon. Sherilyn Peace Garnett<br><br>Am. Complaint Served 11/2/2022 |

1   CATHERINE RICE, in her official
    capacity as Commissioner of the California
2   Coastal Commission, STEVE PADILLA,
    in his official capacity as Commissioner of
3   the California Coastal Commission,

4                    Defendants.

This case involves claims by Dennis and Leah Seider, as trustees of the Seider Family Trust (the "Seiders"), against the Executive Director and several Commissioners of the California Coastal Commission in their official capacities (collectively the "Commission Defendants"). The crux of the case is the Seiders' desire to place a sign describing the boundaries of their beachfront property in Malibu.

As the parties described in the last stipulation on September 7, 2023 (ECF Nos. 107, 108), they have been engaged in settlement discussions for several weeks. After that stipulation, the Seiders and Commission staff met first on September 26, 2023, and again on October 5, 2023, to discuss potential settlement. On October 6, 2023, the parties agreed in principle on the language of a sign that Commission staff would recommend that the Commission permit the Seiders to post. Staff and counsel for the Commission Defendants aim to present the main points of the settlement to the Commission at its public meeting this week and recommend approval of the outline of a settlement agreement—with a formal agreement to be filed in court at a later date. Although several details remain to be worked out between the Seiders and Commission staff—and the final agreement is subject to Commission approval at a public meeting—the parties believe they are well on their way to resolving the case.

Based on the foregoing, the parties agree that a temporary stay of the case, including pending discovery deadlines, is appropriate to allow drafting of a formal settlement agreement. In that formal settlement agreement, the parties expect to agree to stay the case pending the Commission's final approval of a Coastal Development Permit for the Seiders' sign, at which point the Seiders would dismiss the case. The parties agree that this brief stay will not unduly delay the proceedings in this case or prejudice either of the parties.

The parties hereby STIPULATE, subject to the Court's approval, that this case, including all discovery deadlines, is STAYED through and including November 21, 2023.

The parties further STIPULATE, subject to the Court's approval, that the deadline for exchanging initial disclosures shall be extended through and including November 30, 2023.

DATED: October 12, 2023.   /s/ Christopher M. Kieser
CHRISTOPHER M. KIESER
JEREMY TALCOTT
*Attorneys for Plaintiffs*

DATED: October 12, 2023.   /s/ Jennifer W. Rosenfeld
JENNIFER W. ROSENFELD
THOMAS KINZINGER
Deputy Attorneys General
*Attorneys for Commission Defendants*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: October 12, 2023.   /s/ Christopher M. Kieser
CHRISTOPHER M. KIESER

**CERTIFICATE OF SERVICE**

 I hereby certify that on October 12, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system.

 I certify that all participants in this case are registered CM/ECF users and will receive service through the Court's CM/ECF system.

            /s/ Christopher M. Kieser
            CHRISTOPHER M. KIESER