1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF MALIBU, JOHN AINSWORTH, in his official capacity as Executive Director of the California Coastal Commission, DONNE BROWNSEY, in her official capacity as Chair of the California Coastal Commission, CARYL HART, in her official capacity as Vice-Chair of the California Coastal Commission, DAYNA BOCHCO, in her official capacity as Commissioner of the California Coastal Commission, EFFIE TURNBULL-SANDERS, in her official capacity as Commissioner of the California Coastal Commission, SARA AMINZADEH, in her official capacity as Commissioner of the California Coastal Commission, LINDA ESCALANTE, in her official capacity as Commissioner of the California Coastal Commission, MIKE WILSON, in his official capacity as Commissioner of the California Coastal Commission, CATHERINE RICE, in her official capacity as Commissioner of the California Coastal Commission, STEVE PADILLA, | No. 2:20-cv-08781-SPG-MRW <br><br>**ORDER RE: TEMPORARY STAY OF THE CASE** |

1

in his official capacity as Commissioner of the California Coastal Commission,

Defendants.

The Court, having considered the Parties' stipulation, hereby CONTINUES the joint request for the stay of the case and ORDERS as follows:

(1) The deadline for exchanging initial disclosures, shall be extended through and include November 30, 2023; and

(2) The parties shall submit a status update of settlement by November 21, 2023.

**IT IS SO ORDERED.**

Dated: October 23, 2023.

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2