JEREMY TALCOTT, No. 31149
Email: jtalcott@pacificlegal.org
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833-2709
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

CHRISTOPHER M. KIESER, No. 298486
Email: ckieser@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MALIBU, JOHN AINSWORTH, in his official capacity as Executive Director of the California Coastal Commission, DONNE BROWNSEY, in her official capacity as Chair of the California Coastal Commission, CARYL HART, in her official capacity as Vice-Chair of the California Coastal Commission, DAYNA BOCHCO, in her official capacity as Commissioner of the California Coastal Commission, EFFIE TURNBULL-SANDERS, in her official capacity as Commissioner of the California Coastal Commission, SARA AMINZADEH, in her official capacity as Commissioner of the California Coastal Commission, LINDA ESCALANTE, in her official capacity as Commissioner of the California Coastal Commission, MIKE WILSON, in his official capacity as Commissioner of the California Coastal Commission, | No. 2:20-cv-08781-SPG-MRW<br><br>**JOINT STATUS REPORT**<br><br>Courtroom 5C<br>Hon. Sherilyn Peace Garnett<br><br>Am. Complaint Served 11/2/2022 |

CATHERINE RICE, in her official capacity as Commissioner of the California Coastal Commission, STEVE PADILLA, in his official capacity as Commissioner of the California Coastal Commission,

Defendants.

Joint Status Report
No. 2:20-cv-08781-SPG-MRW                    2

Pursuant to this Court's October 23, 2023 order (ECF No. 111), the parties file this status report regarding the progress of settlement negotiations.

## I. BACKGROUND

The crux of this case involves the efforts of Plaintiffs Dennis and Leah Seider to post a sign describing their coastal property in Malibu. The Seiders initially sued the City of Malibu after it indicated it would not grant any such permit under its Local Coastal Program. But after motions practice and an appeal, the Ninth Circuit held that the California Coastal Commission had original jurisdiction over permitting the Seiders' proposed sign. As a result, the Seiders amended the complaint to name the Commission Defendants, who subsequently moved to dismiss on grounds of ripeness and standing. After this Court denied their motion (while granting Malibu's due to the Ninth Circuit's ruling), the Seiders and Commission staff entered into settlement discussions.

## II. STATUS UPDATE

### A.    Parties Agree to Settlement in Principle

In late September, the Seiders and Commission staff agreed in principle on the wording of the sign that staff would recommend the Commission approve. Thereafter, staff submitted to the Commission in closed session the basic points of the agreement the Seiders and staff had reached, including the sign language. The Commission voted to approve the deal points on October 12, 2023.

### B.    Seiders To Submit Coastal Development Permit Application

The deal points contemplate the Seiders working with Commission staff to apply for a Coastal Development Permit, which staff would then recommend that the Commission approve at a public meeting as soon as is practicable. Counsel for the Commission Defendants asked the Seiders to contact a member of Commission staff, Barbara Carey, to begin working through the details of their permit application. But the Seiders and Carey initially had difficulty connecting, which has slightly delayed the process. At the same time, counsel for the parties have exchanged drafts of a

formal settlement agreement—which contemplates a stay pending eventual Commission action on the Seiders' permit application. But this process slowed as the parties were unable to discuss specific language regarding proposed conditions on the sought-permit until the Seiders have submitted a complete permit application.

The Seiders expect to submit a permit application within the next 10 days. If that application is deemed complete, Commission staff will be able to begin formulating proposed conditions, which staff will present to the Seiders for their review and coordination. After this process is complete, the application will be placed on the next agenda for the next monthly Commission meeting.

As a result of the process involved and the upcoming holidays, the parties agree that more time is required for the Seiders to work with staff on their permit application and for Commission staff to review that application, formulate conditions, and negotiate any concerns with the Seiders. The parties are optimistic that an agreement can be reached which obviates the need for a specific provision in the settlement agreement about additional conditions on permit approval, and believe additional time at this stage will facilitate that result. That would allow the parties to file a formal settlement agreement and move forward toward Commission consideration of the Seiders' Coastal Development Permit application.

**C.    Parties Request Further Stay, Delay of Initial Disclosures, and Further Status Conference**

Due to the impending holidays, the parties respectfully request that the temporary stay remain in place and that the next status report be due on January 8, 2024. The parties also request that the deadline for exchanging initial disclosures be extended to January 23, 2024. Should the parties be ready to file a formal settlement agreement before then, they will do so.

///

///

///

1
DATED: November 21, 2023.
/s/ Christopher M. Kieser
CHRISTOPHER M. KIESER
2
JEREMY TALCOTT
3
*Attorneys for Plaintiffs*

4

5
DATED: November 21, 2023.
/s/ Jennifer W. Rosenfeld
JENNIFER W. ROSENFELD
6
THOMAS KINZINGER
7
Deputy Attorneys General
*Attorneys for Commission Defendants*

8

9
**SIGNATURE ATTESTATION**

10
     Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above,

11
on whose behalf this stipulation is submitted, concur in the filing's content and have

12
authorized the filing.

13
DATED: November 21, 2023.
/s/ Christopher M. Kieser
CHRISTOPHER M. KIESER
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and will receive service through the Court's CM/ECF system.

/s/ Christopher M. Kieser
CHRISTOPHER M. KIESER