| | |
|---|---|
| 1 | JEREMY TALCOTT, No. 31149<br>Email: jtalcott@pacificlegal.org |
| 2 | Pacific Legal Foundation<br>1212 W. Amerige Ave. |
| 3 | Fullerton, California 92833-2709<br>Telephone: (916) 419-7111 |
| 4 | Facsimile: (916) 419-7747 |
| 5 | CHRISTOPHER M. KIESER, No. 298486<br>Email: ckieser@pacificlegal.org |
| 6 | Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290 |
| 7 | Sacramento, California 95814<br>Telephone: (916) 419-7111 |
| 8 | Facsimile: (916) 419-7747 |
| 9 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust, | No. 2:20-cv-08781-SPG-MRW |
| 15 | | **NOTICE OF LODGING OF PROPOSED ORDER** |
| 16 | Plaintiffs, | |
| 17 | v. | Courtroom 5C<br>Hon. Sherilyn Peace Garnett |
| 18 | CITY OF MALIBU, JOHN AINSWORTH, in his official capacity as Executive Director of the California Coastal Commission, DONNE BROWNSEY, in her official capacity as Chair of the California Coastal Commission, CARYL HART, in her official capacity as Vice-Chair of the California Coastal Commission, DAYNA BOCHCO, in her official capacity as Commissioner of the California Coastal Commission, EFFIE TURNBULL-SANDERS, in her official capacity as Commissioner of the California Coastal Commission, SARA AMINZADEH, in her official capacity as Commissioner of the California Coastal Commission, LINDA ESCALANTE, in her official capacity as Commissioner of the California Coastal Commission, MIKE WILSON, in his official capacity as Commissioner of the California Coastal Commission, | Am. Complaint Served 11/2/2022 |

|   |   |
|---|---|
| 1 | CATHERINE RICE, in her official capacity as Commissioner of the California Coastal Commission, STEVE PADILLA, in his official capacity as Commissioner of the California Coastal Commission, |
| 2 |  |
| 3 |  |
| 4 |             Defendants. |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |
| 10 |  |
| 11 |  |
| 12 |  |
| 13 |  |
| 14 |  |
| 15 |  |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:**

Plaintiffs Dennis Seider and Leah Seider hereby lodge with the Court a Proposed Order continuing the joint parties' stay request and extending the deadline for exchanging initial disclosures to and including January 23, 2024.

DATED: November 30, 2023.

                                            Respectfully submitted,

                                            JEREMY TALCOTT
                                            CHRISTOPHER M. KIESER

                                            By /s/ Jeremy Talcott
                                                    JEREMY TALCOTT
                                            *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and will receive service through the Court's CM/ECF system.

/s/ Jeremy Talcott
JEREMY TALCOTT