# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF MALIBU, et al.,<br><br>Defendants. | Case No. 2:20-cv-08781-SPG-MRW<br><br>**ORDER RE: SECOND EXTENSION OF DEADLINES PENDING SETTLEMENT [ECF NO. 112]** |

The Court, having considered the Parties' Joint Status Report, hereby CONTINUES the Parties' joint requests and ORDERS as follows:

(1) The deadline for exchanging initial disclosures shall be extended through and include January 23, 2024.

(2) The parties shall submit a joint status update of settlement by January 8, 2024

IT IS SO ORDERED.

Dated: December 1, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-