JEREMY TALCOTT, No. 31149
Email: jtalcott@pacificlegal.org
Pacific Legal Foundation
1212 W. Amerige Ave.
Fullerton, California 92833-2709
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

CHRISTOPHER M. KIESER, No. 298486
Email: ckieser@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MALIBU, JOHN AINSWORTH, in his official capacity as Executive Director of the California Coastal Commission, DONNE BROWNSEY, in her official capacity as Chair of the California Coastal Commission, CARYL HART, in her official capacity as Vice-Chair of the California Coastal Commission, DAYNA BOCHCO, in her official capacity as Commissioner of the California Coastal Commission, EFFIE TURNBULL-SANDERS, in her official capacity as Commissioner of the California Coastal Commission, SARA AMINZADEH, in her official capacity as Commissioner of the California Coastal Commission, LINDA ESCALANTE, in her official capacity as Commissioner of the California Coastal Commission, MIKE WILSON, in his official capacity as Commissioner of the California Coastal Commission, | No. 2:20-cv-08781-SPG-MRW<br><br>**JOINT STATUS REPORT**<br><br>Courtroom 5C<br>Hon. Sherilyn Peace Garnett<br><br>Am. Complaint Served 11/2/2022 |

1  CATHERINE RICE, in her official
2  capacity as Commissioner of the California
   Coastal Commission, STEVE PADILLA,
3  in his official capacity as Commissioner of
   the California Coastal Commission,
4              Defendants.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to this Court's December 1, 2023 order (ECF No. 115), the parties file this status report regarding the progress of settlement negotiations.

## I. BACKGROUND

The crux of this case involves the efforts of Plaintiffs Dennis and Leah Seider to post a sign describing their coastal property in Malibu. The Seiders initially sued the City of Malibu after it indicated it would not grant any such permit under its Local Coastal Program. But after motions practice and an appeal, the Ninth Circuit held that the California Coastal Commission had original jurisdiction over permitting the Seiders' proposed sign. As a result, the Seiders amended the complaint to name the Commission Defendants, who subsequently moved to dismiss on grounds of ripeness and standing. After this Court denied their motion (while granting Malibu's due to the Ninth Circuit's ruling), the Seiders and Commission staff entered into settlement discussions.

## II. STATUS UPDATE

### A. Update on Settlement Proceedings

As the parties recounted in the previous joint status report, in late September 2023, the Seiders and Commission staff agreed in principle to the main points of a settlement agreement through which the Seiders would apply for, and Commission staff would recommend approval of, a permit for a sign. The Commission voted to approve those deal points—including the wording of the Seiders' proposed sign—on October 12. Since then, the Seiders, with assistance from Commission staff, have been working to finalize a permit application. The parties have put off signing a formal settlement agreement based on the expectation that the Seiders and Commission staff will be able to reach an agreement on acceptable permit conditions, which would simplify the ultimate settlement agreement.

The Seiders submitted a first draft of a permit application in late November. On December 1, Commission staff indicated that the application was incomplete and provided further instructions for submitting a completed application. Due to travel

and holiday schedules, the parties were unable to coordinate as much over the month that followed, but following some additional back and forth, the Seiders ultimately submitted an application during the week of January 1, 2024. As the parties recounted earlier, the next steps require Commission staff review of the application and potential development and suggestion of conditions and negotiation of other concerns. Staff expects the review process to last 30 days, after which staff and the Seiders will resume contact to discuss any potential conditions or other concerns.

**B.   Parties Request Further Stay, Delay of Initial Disclosures, and Further Status Conference**

Due to the progress reported and the nature of staff action now required, the parties request that the status quo be maintained and the next status report be due on March 8, 2024. The parties also request that the deadline for exchanging initial disclosures be extended to March 22, 2024. Should the parties be ready to file a formal settlement agreement before then, they will do so.

DATED: January 8, 2024.   /s/ Christopher M. Kieser
CHRISTOPHER M. KIESER
JEREMY TALCOTT
*Attorneys for Plaintiffs*

DATED: January 8, 2024.   /s/ Thomas Kinzinger
THOMAS KINZINGER
Deputy Attorneys General
*Attorneys for Commission Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: January 8, 2024.   /s/ Christopher M. Kieser
CHRISTOPHER M. KIESER

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the Court's CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and will receive service through the Court's CM/ECF system.

/s/ Christopher M. Kieser<br>
CHRISTOPHER M. KIESER