UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>                         Plaintiffs,<br><br>        v.<br><br>CITY OF MALIBU, et al.<br><br>                         Defendants. | No. 2:20-cv-08781-SPG-MRW<br><br>**ORDER GRANTING STIPULATION TO EXTEND** |

The Court, having considered the Parties' Joint Status Report, hereby CONTINUES the Parties' joint requests and ORDERS as follows:

(1) The parties shall submit a joint status update of settlement by March 8, 2024.

(2) The deadline for exchanging initial disclosures shall be extended through and include March 22, 2024.

**IT IS SO ORDERED.**

Dated:  January 12, 2024      .

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE