UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MALIBU, et al.,<br><br>Defendants. | No. 2:20-cv-08781-SPG-MRW<br><br>**ORDER** |

The Court, having considered the Parties' Joint Status Report, hereby ORDERS that this case is stayed for pending the California Coastal Commission's consideration of the Seiders' application to permit their sign, or for 160 days, whichever occurs sooner.

**IT IS SO ORDERED.**

Dated: March 19, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE