# Exhibit 1

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release ("Agreement") is entered into by and between Dennis and Leah Seider, as trustees of the Seider Family Trust, (the "Seiders"), on the one hand, and the Executive Director and several Commissioners of the California Coastal Commission (the "Commission"), including Chair Caryl Hart, Vice-Chair Linda Escalante, Commissioners Dayna Bochco, Effie Turnbull-Sanders, Mike Wilson, Catherine Rice, Roberto Uranga, and Meagan Harmon in their official capacities (collectively the "Commission Defendants"), on the other. Together, the Seiders and the Commission Defendants will be referred to herein as the "Parties".

This Agreement is intended to resolve the issues between the Parties in the matter of *Dennis Seider, et al. v. City of Malibu, et al.* (USDC Central District, 2:20-cv-8781-SPG-MRW)("Action").

## RECITALS

WHEREAS, The Seiders initially filed this Action on September 24, 2020 against the City of Malibu. The gravamen of this Action is the Seiders' claim that they have a constitutionally protected right to post a sign describing the private nature of their beachfront property in Malibu. Following motion practice and an appeal to the Ninth Circuit Court of Appeals, on October 22, 2022, the Seiders filed a First Amended Complaint against both the City of Malibu and the Commission Defendants.

WHEREAS, On May 2, 2023, the Court denied the Commission Defendants' motion to dismiss the Seiders' First Amended Complaint, but granted the City of Malibu's motion, leaving the Commission Defendants as the only remaining defendants in the case.

WHEREAS, Beginning in July, 2023, the Parties began mediation under the supervision of Magistrate Judge Michael R. Wilner. Following two Zoom settlement meetings, the parties agreed to terms of a settlement as set out below.

WHEREAS, the Parties, without admitting any liability in any way, desire to settle the allegations and claims set forth in the Action by entering into this Agreement and thereafter dismiss the Action in its entirety with prejudice.

## AGREEMENT

**NOW, THEREFORE,** In consideration of the above recitals and the promises contained herein, the Parties agree as follows:

1. Stay of Litigation. The Parties agree to submit a joint request to the Court to stay the Action to allow the Agreement to be implemented.

2. Coastal Development Permit Application. The Seiders will submit a proposal and work with Commission staff ("Staff") to come to agreement on the size and

location for a sign describing the boundary between the area of their property to which the public has access rights and the area to which it does not ("the Sign"), as well as other conditions such as a limited term of years for the proposed permit for the Sign.

3. <u>Agreed Sign Language.</u> After the Seiders and Staff reach agreement on the size, location, and other conditions for the Sign, the Seiders will submit to the Commission an application for a Coastal Development Permit for the Sign that meets those criteria and states:

> PUBLIC ACCESS EXTENDS 25 FEET LANDWARD OF THE MEAN HIGH TIDE LINE; NO PUBLIC ACCESS ALLOWED ON THE PRIVATE PROPERTY FROM THERE TO THE HOUSE

4. <u>Commission Hearing.</u> Commission Defendants agree that the Coastal Development Permit application for the Sign will be agendized for Commission consideration as soon as practicable after submission of a completed application.

5. <u>Commission Staff Recommendation.</u> Commission Defendants agree that Staff will recommend that the Commission approve a Coastal Development Permit for the Sign with the agreed verbiage, subject to conditions.

6. <u>Staff Report Findings.</u> Commission Defendants agree that Staff will prepare proposed findings in accordance with California Code of Regulations, Title 14, section 13057, subdivision (a)(3) which support approval of this Coastal Development Permit that include:

a. An interpretation of the Malibu Local Implementation Plan that states that because the proposed sign describes the private property boundaries in a truthful and non-misleading manner, it is not inconsistent with, or prohibited by, Implementation Plan section 3.15.3(X).

b. Jurisdiction. Pursuant to the Malibu Local Coastal Program, and specifically Implementation Plan section 13.10.2(B)(2), the determination of whether primary jurisdiction to review a Coastal Development Permit application lies with the Commission or the City in any given case will depend upon the facts of the particular permit application and the history of the site.

Under the specific terms of the Malibu Local Coastal Program noted above, initial jurisdiction over an application for a sign that does not "lessen or negate" the purpose of any aspect of a prior Commission-issued Coastal Development Permit would lie with the City.

Because the proposed sign accurately describes the boundary between the area to which the public has access rights and the area to which the public does not, and because it is otherwise consistent with the access policies of the Coastal Act and LCP, it does not "lessen or negate" the purposes of the condition that

LA2022802475

required the creation of those public access rights, but merely alerts the public to the existence of those public rights.

Nevertheless, the Commission has jurisdiction over this Coastal Development Permit application because the Ninth Circuit ruled that it has jurisdiction in this case.

7. <u>Dismissal.</u> Within ten (10) days of the Commission's final decision approving a Coastal Development Permit for the Sign without any fundamental changes to the terms or conditions agreed to by the Parties or the inclusion of any additional conditions that fundamentally alter the nature of the deal articulated herein, the Seiders shall file with the court a dismissal of the Action in its entirety with prejudice.

8. <u>Each Party to Bear its Own Costs and Attorneys' Fees.</u> No Party shall have any obligation to pay any costs, attorneys' fees, or expenses incurred by the other Party in this Action.

9. <u>Mutual Releases.</u> Upon the dismissal of this Action, the Parties hereby fully release each other and their respective successors, assigns, officers, agents, employees, and all persons, firms and corporations having an interest in them, from any and all claims arising from the facts alleged in this Action.

10. <u>Authority.</u> The Parties each represent and warrant that they have not heretofore assigned, transferred, conveyed, or otherwise disposed of, or purported to assign, transfer or convey, or otherwise dispose of, to any person or entity, any released claim. The Parties further represent and warrant that they have full and sole authority to enter into the releases set forth herein, and that they have the full and sole right and power to execute this Agreement. This Agreement shall be binding on any and all successors and assigns of the Parties.

11. <u>No Admission.</u> This Agreement shall not be considered as an admission of liability by any Party.

12. <u>Integrated Writing.</u> This Agreement sets forth the entire agreement between the Parties and fully supersedes any and all prior agreements, negotiations and understandings between the Parties, whether written or oral, or both, pertaining to the subject matter of this Agreement. The Parties acknowledge that there have been no inducements or representations upon which any of the Parties have entered into this Agreement except as expressly set forth herein. This Agreement may not be modified except by a written document signed by all Parties.

13. <u>California Law.</u> This Agreement shall be construed under California law.

14. <u>Full and Independent Knowledge.</u> This Agreement is executed voluntarily and without duress or undue influence on the part of any Party or any other person.

15. <u>Construction.</u> The Parties have been represented by and advised by counsel in the preparation and execution of this Agreement. Each Party has cooperated in the drafting of this Agreement. This Agreement shall not be construed against any Party.

16. <u>Counterparts.</u> This Agreement may be executed in counterparts.

- 4 -

**THE UNDERSIGNED HAVE READ AND UNDERSTOOD THE FOREGOING AND AGREE TO ITS TERMS:**

Date: 2/29/24

Dennis Seider, as Trustee of the
Seider Family Trust

Date: 2|29|24

Leah Seider, as Trustee of the
Seider Family Trust

Date: _____

Dr. Kate Huckelbridge, Executive
Director, California Coastal
Commission

Date: _____

Caryl Hart
Chair, California Coastal
Commission

Date: _____

Linda Escalante
Vice-Chair, California Coastal
Commission

Date: _____

Dayna Bochco
Commissioner, California Coastal
Commission

Date: _____

Effie Turnbull-Sanders
Commissioner, California Coastal
Commission

LA2022802475

THE UNDERSIGNED HAVE READ AND UNDERSTOOD THE FOREGOING AND AGREE TO ITS TERMS:

Date: 2/29/24

Dennis Seider, as Trustee of the
Seider Family Trust

Date: 2\29\24

Leah Seider, as Trustee of the
Seider Family Trust

Date: 3/7/24

Dr. Kate Huckelbridge, Executive
Director, California Coastal
Commission

Date: _____

Caryl Hart
Chair, California Coastal
Commission

Date: _____

Linda Escalante
Vice-Chair, California Coastal
Commission

Date: _____

Dayna Bochco
Commissioner, California Coastal
Commission

Date: _____

Effie Turnbull-Sanders
Commissioner, California Coastal
Commission

LA2022802475

- 5 -

**THE UNDERSIGNED HAVE READ AND UNDERSTOOD THE FOREGOING AND AGREE TO ITS TERMS:**

Date: 2/29/24

Dennis Seider, as Trustee of the
Seider Family Trust

Date: 2/29/24

Leah Seider, as Trustee of the
Seider Family Trust

Date: _____

Dr. Kate Huckelbridge, Executive
Director, California Coastal
Commission

Date: 03/07/2024

Caryl Hart
Chair, California Coastal
Commission

Date: _____

Linda Escalante
Vice-Chair, California Coastal
Commission

Date: _____

Dayna Bochco
Commissioner, California Coastal
Commission

Date: _____

Effie Turnbull-Sanders
Commissioner, California Coastal
Commission

LA2022802475

- 5 -

**THE UNDERSIGNED HAVE READ AND UNDERSTOOD THE FOREGOING AND AGREE TO ITS TERMS:**

Date: 2/29/24

_____
Dennis Seider, as Trustee of the
Seider Family Trust

Date: 2|29|24

_____
Leah Seider, as Trustee of the
Seider Family Trust

Date: _____

_____
Dr. Kate Huckelbridge, Executive
Director, California Coastal
Commission

Date: _____

_____
Caryl Hart
Chair, California Coastal
Commission

Date: 03/08/2024

_____
Linda Escalante
Vice-Chair, California Coastal
Commission

Date: _____

_____
Dayna Bochco
Commissioner, California Coastal
Commission

Date: _____

_____
Effie Turnbull-Sanders
Commissioner, California Coastal
Commission

LA2022802475

- 5 -

**THE UNDERSIGNED HAVE READ AND UNDERSTOOD THE FOREGOING
AND AGREE TO ITS TERMS:**

Date: 2/29/24

Dennis Seider, as Trustee of the
Seider Family Trust

Date: 2/29/24

Leah Seider, as Trustee of the
Seider Family Trust

Date: _____

Dr. Kate Huckelbridge, Executive
Director, California Coastal
Commission

Date: _____

Caryl Hart
Chair, California Coastal
Commission

Date: _____

Linda Escalante
Vice-Chair, California Coastal
Commission

Date: 03/13/2024

Dayna Bochco
Commissioner, California Coastal
Commission

Date: _____

Effie Turnbull-Sanders
Commissioner, California Coastal
Commission

- 5 -

LA2022802475

**THE UNDERSIGNED HAVE READ AND UNDERSTOOD THE FOREGOING AND AGREE TO ITS TERMS:**

Date: _2/29/24_

Dennis Seider, as Trustee of the
Seider Family Trust

Date: _2\29\24_

Leah Seider, as Trustee of the
Seider Family Trust

Date: _____

Dr. Kate Huckelbridge, Executive
Director, California Coastal
Commission

Date: _____

Caryl Hart
Chair, California Coastal
Commission

Date: _____

Linda Escalante
Vice-Chair, California Coastal
Commission

Date: _____

Dayna Bochco
Commissioner, California Coastal
Commission

Date: _03/12/2024_

Effie Turnbull

Effie Turnbull-Sanders
Commissioner, California Coastal
Commission

- 5 -

LA2022802475

Date: 03/07/2024

DocuSigned by:

_____
1BBF528115074FE...

Mike Wilson
Commissioner, California Coastal
Commission

Date: _____

_____
Catherine Rice
Commissioner, California Coastal
Commission

Date: _____

_____
Roberto Uranga
Commissioner, California Coastal
Commission

Date: _____

_____
Meagan Harmon
Commissioner, California Coastal
Commission

**APPROVED AS TO FORM:**

Date: _____

_____
CHRISTOPHER M. KIESER

JEREMY TALCOTT

*Attorneys for Plaintiffs*

LA2022802475

- 6 -

Date: _____

Mike Wilson
Commissioner, California Coastal Commission

Date: 03/11/2024

*Katie Rice*
DA0pDA371DC448C...
Catherine Rice
Commissioner, California Coastal Commission

Date: _____

Roberto Uranga
Commissioner, California Coastal Commission

Date: _____

Meagan Harmon
Commissioner, California Coastal Commission

**APPROVED AS TO FORM:**

Date: 3/1/24

CHRISTOPHER M. KIESER

JEREMY TALCOTT

*Attorneys for Plaintiffs*

LA2022802475

Date: _____

Mike Wilson
Commissioner, California Coastal
Commission

Date: _____

Catherine Rice
Commissioner, California Coastal
Commission

Date: 3/11/2024 _____

Roberto Uranga
Commissioner, California Coastal
Commission

Date: _____

Meagan Harmon
Commissioner, California Coastal
Commission

**APPROVED AS TO FORM:**

Date: _____

CHRISTOPHER M. KIESER

JEREMY TALCOTT

*Attorneys for Plaintiffs*

- 6 -

Date: _____

Mike Wilson
Commissioner, California Coastal
Commission

Date: _____

Catherine Rice
Commissioner, California Coastal
Commission

Date: _____

Roberto Uranga
Commissioner, California Coastal
Commission

Date: 03/08/2024

DocuSigned by:

E6421BBBB3F5439
Meagan Harmon
Commissioner, California Coastal
Commission

**APPROVED AS TO FORM:**

Date: 3/5/24

CHRISTOPHER M. KIESER

JEREMY TALCOTT

*Attorneys for Plaintiffs*

- 6 -

LA2022802475

Date: _____

Mike Wilson
Commissioner, California Coastal
Commission

Date: _____

Catherine Rice
Commissioner, California Coastal
Commission

Date: _____

Roberto Uranga
Commissioner, California Coastal
Commission

Date: _____

Meagan Harmon
Commissioner, California Coastal
Commission

**APPROVED AS TO FORM:**

Date: 3/1/24

CHRISTOPHER M. KIESER

JEREMY TALCOTT

*Attorneys for Plaintiffs*

LA2022802475

- 6 -

Date: _____3/13/24_____          _____

THOMAS KINZINGER

Deputy Attorney General

*Attorneys for Commission Defendants*

LA2022802475