**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS SEIDER and LEAH SEIDER, as Trustees of the Seider Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MALIBU, JOHN AINSWORTH, in his official capacity as Executive Director of the California Coastal Commission, DONNE BROWNSEY, in her official capacity as Chair of the California Coastal Commission, CARYL HART, in her official capacity as Vice-Chair of the California Coastal Commission, DAYNA BOCHCO, in her official capacity as Commissioner of the California Coastal Commission, EFFIE TURNBULL-SANDERS, in her official capacity as Commissioner of the California Coastal Commission, SARA AMINZADEH, in her official capacity as Commissioner of the California Coastal Commission, LINDA ESCALANTE, in her official capacity as Commissioner of the California Coastal Commission, MIKE WILSON, in his official capacity as Commissioner of the California Coastal Commission, CATHERINE RICE, in her official capacity as Commissioner of the California Coastal Commission, STEVE PADILLA, | No. 2:20-cv-08781-SPG-MRW<br><br>**ORDER** |

1 | in his official capacity as Commissioner of the California Coastal Commission,

2

3 | Defendants.

4     The Court, having considered Plaintiffs' Notice of Voluntary Dismissal,

5 hereby ORDERS that this case is dismissed with prejudice.

6     **IT IS SO ORDERED.**

7

8     Dated: March 22, 2024 .     _____

9                                         HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE